# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARY E. SQUIRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-CV-50 CAS |
| | ) |
| FEDERAL NATIONAL MORTGAGE | ) |
| ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on its own motion. On March 28, 2019, the Court issued an order directing plaintiff to serve defendant Federal National Mortgage Association not later than April 15, 2019, and to file proof of service not later than April 18, 2019.[1] The Order specifically provided that "[f]ailure to timely serve defendants will result in the dismissal of plaintiff's claims as to any unserved defendant without prejudice and without further notice." Doc. 21 at 3.

The record does not reflect proof of service on defendant Federal National Mortgage Association. This case was removed from the Circuit Court of Jefferson County, Missouri on January 15, 2019, where it had been pending for almost three years without service of process. It has been 97 days since defendant removed this action. There is no evidence in the record that defendant Federal National Mortgage Association has been served and service has not been waived

---

[1] On February 13, 2019, United States Magistrate Judge John M. Bodenhausen consolidated the above captioned cause of action with Mary E. Squire v. J.P. Morgan Chase, et al., No. 4:19-CV-38 CAS. On March 28, 2019, the Court also ordered plaintiff to obtain service on defendants J.P. Morgan Chase and Federal National Mortgage Association in No. 4:19-CV-38 CAS. Despite being ordered to do so, plaintiff has failed to cause service to be effected upon the defendants in Mary E. Squire v. J.P. Morgan Chase, et al., No. 4:19-CV-38 CAS, and this case will be dismissed as well.

on its behalf. Plaintiff was warned, pursuant to Federal Rule of Civil Procedure 4(m), that the Court would dismiss this case, without prejudice, should she fail to serve the defendant. Despite this, plaintiff has failed to file proof of service for the defendant, and there is nothing to indicate plaintiff has even attempted to obtain service on Federal National Mortgage Association.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   22nd   day of April, 2019.